OPINION — AG — ** LIFE INSURANCE — COUNTY HOSPITAL ** UNDER 19 O.S. 790.1 [19-790.1](B) AND 11 O.S. 16 [11-16], THE BOARD OF CONTROL OF A COUNTY HOSPITAL 'HAS' AUTHORITY TO ENTER INTO AGREEMENTS TO PURCHASE PROGRAMS OF LIFE INSURANCE FROM ANY COMPANY AUTHORIZED TO DO BUSINESS IN OKLAHOMA. (CONTRACTS, MUNICIPALITIES) CITE: 11 O.S. 16 [11-16] (DONALD B. NEVARD)